■ In the Matter of the Claim of RAMIRO CORDOVA, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 480]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 23, 2014, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Garry, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.